IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE PACIFIC INDUSTRIES, INC.;<br>and DOES 1-10<br><br>Defendants. | Civil Action No.: 2:23-cv-01842-RSL<br><br>STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO ANSWER OR RESPOND TO COMPLAINT |

## **STIPULATION**

Plaintiff Deckers Outdoor Corporation filed its Complaint on November 30, 2023 (Dkt. 1). Defendant Seattle Pacific Industries, Inc. ("SPI") was served via Registered Agent on December 5, 2023. (Dkt. 6). On December 26, 2023, the parties filed a Stipulation and Proposed Order to extend Defendants' deadline to answer or otherwise move the court for relief, from December 26, 2023, to January 25, 2024. (Dkt. 8). The Court granted the requested extension on December 28, 2023. (Dkt. 10).

The parties hereby request an additional extension of time for Defendants to answer or otherwise move the Court for relief. In order to provide Defendants with additional time to answer or otherwise respond, and subject to this Court's approval, the parties, by and through their respective counsel of record, hereby stipulate and agree to a thirty-day extension of time from January 25, 2024, to February 24, 2024.

//

STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO ANSWER OR RESPOND TO COMPLAINT
2:23-cv-01842-RSL................................................... 1

Seed Intellectual Property Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
(206) 622-4900

DATED this 25th day of January 2024.

| | |
|---|---|
| s/*Jason Sykes (with permission)* | s/*Kevin S. Constanza* |
| Derek Newman, WSBA No. 26967 | Kevin S. Costanza, WSBA No. 25153 |
| Jason Sykes, WSBA No. 44369 | SEED IP LAW GROUP LLP |
| NEWMAN LLP | 701 Fifth Avenue, Suite 5400 |
| 1201 Second Avenue, Suite 900 | Seattle, WA 98104 |
| Seattle, WA 98101 | Telephone: (206) 622-4900 |
| Telephone: (206) 274-2800 | Email: KevinCo@seedip.com |
| dn@newmanlaw.com | |
| jason@newmanlaw.com | ***Attorneys for Defendant*** |
| | Seattle Pacific Industries, Inc. |
| Brent H Blakely (Admitted Pro Hac Vice) | |
| Jamie Fountain (Admitted Pro Hac Vice) | |
| BLAKELY LAW GROUP | |
| 1334 Parkview Avenue, Ste 280 | |
| Manhattan Beach, CA 90266 | |
| Telephone: (310) 546-7400 | |
| Bblakely@blakelylawgroup.com | |
| Jfountain@blakelylawgroup.com | |

***Attorneys for Plaintiff***
Deckers Outdoor Corporation

STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO ANSWER OR RESPOND TO COMPLAINT
2:23-cv-01842-RSL.................................................. 2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

**ORDER**

IT IS SO ORDERED.

DATED this __26th__ day of January 2024.

_____
ROBERT S. LASNIK
U.S. District Court Judge

*Presented by:*

  s/*Kevin S. Costanza*
Kevin S. Costanza, WSBA No. 25153
SEED IP LAW GROUP LLP
701 Fifth Ave., Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Email: KevinCo@seedip.com

STIPULATION AND ORDER TO FURTHER
EXTEND TIME FOR DEFENDANT TO ANSWER
OR RESPOND TO COMPLAINT
2:23-cv-01842-RSL.................................................. 3

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON  98104-7092
(206) 622-4900