Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE PACIFIC INDUSTRIES, INC.; VIDA SHOES INTERNATIONAL, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01842-JLR<br><br>**JOINT STIPULATED MOTION AND ORDER TO STAY ALL DEADLINES FOR 45 DAYS PENDING SETTLEMENT**<br><br>NOTE ON MOTION CALENDAR: September 20, 2024 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Deckers Outdoor Corporation ("Plaintiff") and Seattle Pacific Industries, Inc. and Vida Shoes International, Inc. ("Defendants")—collectively, the "Parties"—have reached a settlement in principle of the above-entitled action. The Parties anticipate written settlement agreements will be finalized and a Stipulation of Dismissal of this action as to the Defendants filed within 45 days of this Notice.

STIPULATED MOTION TO STAY DEADLINES
PENDING SETTLEMENT —1
[Case No.: 2:23-cv-01842-JLR]

Newman LLP

1201 Second Ave., Suite 900
Seattle, WA 98101
(206) 274-2800

Based on the foregoing, the Parties request that the Court stay all pending dates in this action for 45 days in order to allow the Parties sufficient time to finalize and execute respective written settlement agreements. The Parties further request that the Court set a Status Conference regarding settlement after 45 days, on a date convenient for the Court, in the event the respective Stipulation of Dismissal has not been filed before then and further proceedings in this action may be necessary.

Plaintiff submits this Joint Stipulated Motion on behalf of the Parties after receiving authority and concurrence to file this instant document.

STIPULATED MOTION TO STAY DEADLINES
PENDING SETTLEMENT —2
[Case No.: 2:23-cv-01842-JLR]

Newman LLP

1201 Second Ave., Suite 900
Seattle, WA 98101
(206) 274-2800

IT IS SO STIPULATED.

Dated: September 20, 2024

| NEWMAN LLP | SEED IP LAW GROUP |
|---|---|
| s/ Jason Sykes<br>Derek Newman, WSBA No. 26967<br>*dn@newmanlaw.com*<br>Jason Sykes, WSBA No. 44369<br>*jason@newmanlaw.com*<br>1201 Second Avenue, Suite 900<br>Seattle, WA 98101<br>Telephone: (206) 274-2800<br>Facsimile: (206) 274-2801 | s/ Kevin Costanza<br>Kevin Costanza, WSBA No. 25153<br>*kevinco@seedip.com*<br>701 Fifth Avenue, Suite 5400<br>Seattle, WA 98104<br>Telephone: (206) 622-4900<br><br>*Attorneys for Defendants*<br>*Seattle Pacific Industries, Inc. and Vida Shoes International, Inc.* |

BLAKELY LAW GROUP

/s/ Brent Blakely
Brent Blakely, *pro hac vice*
*bblakely@blakelylawgroup.com*
Jamie Fountain, *pro hac vice*
*jfountain@blakelylawgroup.com*
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA 90266
Telephone: (310) 546-7400

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

STIPULATED MOTION TO STAY DEADLINES PENDING SETTLEMENT —3
[Case No.: 2:23-cv-01842-JLR]

NEWMAN LLP

1201 Second Ave., Suite 900
Seattle, WA 98101
(206) 274-2800

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: September 23, 2024 |

*[Signature]*

Honorable James L. Robart United States District Court Judge

STIPULATED MOTION TO STAY DEADLINES
PENDING SETTLEMENT — 4
[Case No.: 2:23-cv-01842-JLR]

Newman LLP

1201 Second Ave., Suite 900
Seattle, WA 98101
(206) 274-2800